UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-22746-ALTONAGA/O'SULLIVAN

BELLA FRANKEL,

       Plaintiff,

v.

RIALTO CAPITAL MANAGEMENT,

       Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bella Frankel, and Defendant, Rialto Capital Management (collectively, the "Parties") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1) the Parties have settled this action; (2) the Parties voluntarily dismiss this action with prejudice; and (3) each party shall bear its own costs and fees.

Dated: December 01, 2015.

Respectfully submitted,

/s/Christopher D. Brown
Christopher D. Brown, Esq.
Florida Bar No. 0045004
cbrown@beasleydemos.com
BEASLEY, DEMOS & BROWN, LLC
201 Alhambra Circle, Suite 601
Coral Gables, Florida 33134
Telephone: 305.669.3131
Facsimile:  786.615.8945

*Counsel for Plaintiff, Bella Frankel*

/s/Gregory R. Hawran
Gregory R. Hawran, Esq.
Florida Bar No.: 55989
gregory.hawran@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue, Ste. 1600
Miami, Florida  33131-2813
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, Rialto Capital Management*

23117606.1